**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

GREGORY WRIGHT,
*et al.*,

    Plaintiffs,

vs.                                                   CASE NO. 3:12-cv-55-J-99TJC-TEM

FORD MOTOR COMPANY,
a Delaware corporation,

    Defendant.
_____

## **ORDER TO STRIKE**

This matter is before the Court on the Stipulated Motion for Protective Order Regarding Access to WWW.FORDDOCS.COM (Doc. #19, Motion), which was filed on June 26, 2012. The Motion and Exhibits A-B fail to comply with the Administrative Procedures for Electronic Filing in Civil and Criminal Cases for the United States District Court in the Middle District of Florida.

**Administrative Procedures:**

Pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases, Part II, I. 1. b., <u>Redacted Filings</u>, **only the initials of a person known to be a minor may be disclosed in electronically docketed records** (emphasis added). Additionally, pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases, Part II, E. 4.,

> No proposed order shall be submitted unless authorized by the Court. If authorized, a proposed order shall be submitted as follows:
> a.    An electronically submitted proposed order shall not be combined with the motion into one document. The proposed order must be submitted by e-mail and refer to the document number of the motion. The Judge's e-mail

address can be found at the Court's website: www.flmd.uscourts.gov.
b.      Any proposed order must be submitted in a format compatible with WordPerfect. The Judge will not accept a proposed order in .pdf format.

These procedures may be found on the Court's public website at www.flmd.uscourts.gov under the CM/ECF tab on the left side of the home page.

Accordingly, it is hereby **ORDERED:**

1.      The Motion and the un-redacted Exhibits A and B **shall be stricken from the record** and the Clerk is directed to delete the Exhibits.

2.      Counsel may re-file a properly redacted motion with redacted exhibits.

**DONE AND ORDERED** at Jacksonville, Florida this 28th day of June, 2012.

Copies to all counsel of record
    and *pro se* parties, if any

*Thomas E. Morris*
THOMAS E. MORRIS
United States Magistrate Judge